IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES TERRY and<br>ALICE TERRY,<br><br>           Plaintiffs,<br><br>v.<br><br>WALTON E. STONE and<br>WERNER ENTERPRISES, INC.,<br><br>           Defendants. | :<br>:<br>:<br>:   CIVIL ACTION NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Walton E. Stone and Werner Enterprises, Inc., by and through their attorneys, Rawle & Henderson LLP, respectfully aver as follows:

1. Plaintiffs commenced this suit in the Superior Court of the State of Delaware for New Castle County on November 14, 2005 to recover for alleged injuries and damages resulting from a November 5, 2004 motor vehicle accident in Claymont, Delaware. Plaintiffs' Summons for said Complaint was filed on December 1, 2005. See Exhibit A – Plaintiffs' Summons and Complaint.

2. The Complaint, being the original process in this case, was first received by defendant, Werner Enterprises, Inc., no earlier than December 8, 2005.

3. The Complaint, being the original process in this case, was first received by defendant, Walton E. Stone, no earlier than December 18, 2005.

4. Therefore, this Notice of Removal is filed within the time provided by 28 U.S.C. §1446(b). See Exhibit A - Plaintiff's Complaint.

1245758 v.1

5. This action satisfies the requirements for removal within the meaning of 28 U.S.C. §1332 in that:

a) Plaintiffs' and Defendants' citizenships are diverse;

1) Plaintiffs are residents and citizens of the Commonwealth of Pennsylvania. According to the Complaint, Plaintiffs reside at 425 Coats Street, Coatesville, Pennsylvania 19320; and

2) Defendants are citizens of states other than Pennsylvania. Defendant, Werner Enterprises, Inc., is a corporation incorporated under the laws of the State of Nebraska with its principal place of business located in Omaha, Nebraska. Defendant, Walton E. Stone, resides in Darlington, South Carolina, and he is a citizen of the State of South Carolina.

b) The amount in controversy exceeds $75,000, exclusive of interest and costs. In the Complaint, plaintiffs claim damages for, *inter alia*, the following:

> 9. As a proximate result of the aforesaid negligent conduct of Defendants, Walton E. Stone and Werner Enterprises, Inc., Plaintiff, Charles Terry, has suffered in the past and may continue to suffer in the future, serious bodily harm and injuries including, but not limited to, his head, neck and back, among others, some or all of which are or may be permanent in nature.
> 10. As a further proximate result of the aforesaid accident, Plaintiff, Charles Terry, has incurred in the past and may incur in the future, medical and related expenses for his care and treatment.
> 11. As a further proximate result of the aforesaid accident, Plaintiff, Charles Terry, has suffered in the past and may suffer in the future, severe pain, suffering, discomfort, and mental anguish.
> 12. As a further proximate result of the aforesaid accident, Plaintiff, Charles Terry, has incurred in the past and may incur in the future lost wages and diminution of his earning capacity.
> . . .
> 14. As a further proximate result of the aforesaid accident, Plaintiff, Charles Terry, presents a claim for property damage and rental expenses which may not have been paid to date.

1

See Exhibit A - Plaintiffs' Complaint. Therefore, a fair reading of the Complaint reveals that an amount in excess of $75,000 is at controversy in this suit.

WHEREFORE, defendants, Walton E. Stone and Werner Enterprises, Inc., pray that the above action now pending against them in Superior Court of Delaware for New Castle County, be removed there from to this Honorable Court.

                                        RAWLE & HENDERSON LLP

                                        By:_____/s/ Delia A. Clark_____
                                                    Delia A. Clark (DAC 3337)
                                                    Attorneys for Defendants
                                                    300 Delaware Avenue, Suite 1015
                                                    Wilmington, DE 19801
                                                    (302) 7781200

Dated: December 30, 2005.

OF COUNSEL:
Jon Michael Dumont, Esquire
Rawle & Henderson LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
(215) 575-4200

1245758 v.1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal of Action was served via first-class mail, postage prepaid, on counsel for plaintiffs, Susan D. Ament, Esquire, Morris, James, Hitchens & Williams LLP, 803 North Broom Street, P.O. Box 2328, Wilmington, DE 19899.

RAWLE & HENDERSON LLP

/s/ Delia A. Clark
Delia A. Clark

Dated: December 30, 2005.

1245758 v.1