AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 923

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

DEC 3 0 2005
_____     _____
(Date forms issued)          (Signature of Party or their Representative)

_____Shane Handlin_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action