IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES TERRY and <br> ALICE TERRY, <br><br> Plaintiffs, <br><br> v. <br><br> WALTON E. STONE and <br> WERNER ENTERPRISES INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civ. No. 05-923-SLR <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF SUBSTITUTION OF COUNSEL

Francis J. Jones, Jr., hereby enters his appearance on behalf of Plaintiffs, Charles Terry and Alice Terry, in substitution of Susan D. Ament.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Susan D. Ament, Esquire I.D. No. 2201
803 North Broom Street
P.O. Box 2328
Wilmington, DE 19899-2328
(302) 655-2599
sament@morrisjames.com

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Francis J. Jones, Jr., Esquire I.D. No. 2134
803 North Broom Street
P.O. Box 2328
Wilmington, DE 19899-2328
(302) 655-2599
pjones@morrisjames.com

Dated: February 17, 2006

## CERTIFICATE OF SERVICE

I, Francis J. Jones, Jr., hereby certify that on February 20, 2006, I electronically filed a Notice of Substitution of Counsel and this Certificate of Electronic Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Delia A. Clark, Esquire
>Rawle & Henderson LLP
>300 Delaware Avenue,
>Suite 1015
>Wilmington, DE  19801

>/s/ Francis J. Jones, Jr.
>Francis J. Jones, Jr. (#2134)
>Morris, James, Hitchens & Williams LLP
>803 North Broom Street
>Wilmington, DE  19899-2328
>(302) 655-2599
>pjones@morrisjames.com

1352236/1