IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES TERRY and<br>ALICE TERRY,<br><br>    Plaintiffs,<br><br>v.<br><br>WALTON E. STONE and<br>WERNER ENTERPRISES, INC.,<br><br>    Defendants. | :<br>:<br>:   CIVIL ACTION NO.: 1:05-cv-00923<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant, Werner Enterprises, Inc., by and through its attorneys, Rawle & Henderson LLP, submits the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Marten Transport, Ltd., (a non-governmental, corporate party), certifies that the following are corporate parent and publicly held corporations which own 10% or more of the stock of said defendant:

Werner Enterprises, Inc. has no corporate parent, and no publicly held corporation owns 10% or more of the stock of Werner Enterprises, Inc.

RAWLE & HENDERSON LLP

By: ___/s/Delia Clark_____
Delia A. Clark (DAC 3337)
Attorneys for Defendant,
Werner Enterprises, Inc.
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801
(302) 778-1200

Dated: February 24, 2006

1245810 v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant's Rule 7.1 Disclosure was served upon the below listed counsel this _24th day of February , 2006 by first-class U.S. mail, postage prepaid.

Francis J. Jones, Esquire
Morris, James, Hitchens & Williams LLP
803 North Broom Street
P.O. Box 2328
Wilmington, DE 19899.

RAWLE & HENDERSON LLP

_____/s/ Delia Clark_____
Delia A. Clark

1245810 v.1