# RAWLE & HENDERSON LLP



The Nation's Oldest Law Office · *Established in 1783*

**www.rawle.com**

DELIA A. CLARK
215-575-4291
DCLARK@RAWLE.COM

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

March 1, 2006

The Hon. Sue L. Robinson
District of Delaware
844 N. King St., Room 4209
Lock Box 18
Wilmington, DE 19801

> RE:    Terry v. Werner Enterprises et al
> C.A. No. 05 cv 00923
> Our File No.  300959

Dear Judge Robinson:

Enclosed please find the Scheduling Order in the above-captioned matter.

Very truly yours,

RAWLE & HENDERSON LLP

By:

Delia A. Clark

DC/jkj
Enclosure