IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES TERRY and <br> ALICE TERRY, <br><br>     Plaintiffs <br> V. <br><br> WALTON E. STONE and <br> WERNER ENTERPRISES, INC., <br><br>     Defendants. | : <br> : <br> : <br> : <br> : <br> :   Case No.: 1:05-cv-00923 <br> :   TRIAL BY A JURY DEMANDED <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Francis J. Jones, Jr., hereby certify that on March 7, 2006, I electronically filed Plaintiffs' Certificate of Service of Plaintiffs' Self Executing Disclosures (which were mailed with their attachments to counsel below on March 6, 2006) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

        Delia A. Clark, Esquire
        (# 3337)
        Rawle & Henderson LLP
        300 Delaware Avenue,
        Suite 1015
        Wilmington, DE 19801

Plaintiffs' Self Executing Disclosures and the attachments thereto were mailed on 3/6/06 to counsel listed above.

        /s/ Francis J. Jones, Jr.
        Francis J. Jones, Jr. (#2134)
        Morris, James, Hitchens & Williams LLP
        803 North Broom Street
        Wilmington, DE 19899-2328
        (302) 655-2599
        pjones@morrisjames.com