IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES J. TERRY and<br>ALICE TERRY | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 1:05-cv-00923 SLR |
| WALTER E. STONE, and<br>WERNER ENTERPRISES, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

NOTICE OF DEPOSITIONS

TO:  Delia A. Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue
Wilmington, Delaware 19806

PLEASE TAKE NOTICE that undersigned counsel will take the oral deposition of Walter E. Stone at 1:00 p.m. on Monday, June 5, 2006 in the offices of Rawle & Henderson, 300 Delaware Avenue, Wilmington, Delaware.

MORRIS, JAMES, HITCHENS & WILLIAMS

/s/ Francis J. Jones, Jr
Francis J. Jones, Jr. (#2134)
Morris, James, Hitchens & Williams LLP
803 North Broom Street
Wilmington, DE 19899-2328
(302) 655-2599
pjones@morrisjames.com
Attorney for Plaintiffs

Dated: 3/10/06
cc: Wilcox & Fetzer
FJJ/108006-0001/1363234/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES TERRY and<br>ALICE TERRY,<br><br>    Plaintiffs<br>V.<br><br>WALTON E. STONE and<br>WERNER ENTERPRISES, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  Case No.: 1:05-cv-00923<br>:  TRIAL BY A JURY DEMANDED<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Francis J. Jones, Jr., hereby certify that on March 10, 2006, I electronically filed Plaintiffs' Certificate of Service of Plaintiffs' Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

        Delia A. Clark, Esquire
        (# 3337)
        Rawle & Henderson LLP
        300 Delaware Avenue,
        Suite 1015
        Wilmington, DE  19801

        /s/ Francis J. Jones, Jr.
        Francis J. Jones, Jr. (#2134)
        Morris, James, Hitchens & Williams LLP
        803 North Broom Street
        Wilmington, DE  19899-2328
        (302) 655-2599
        pjones@morrisjames.com

1352236/1