IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES TERRY and
ALICE TERRY,

    Plaintiffs,

v.

WALTON E. STONE and
WERNER ENTERPRISES, INC.,

    Defendants.

CIVIL ACTION NO.:1:05-cv-00923

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____
Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19103
Attorney for Defendants

I.D.#3337
dclark@rawle.com

_____
Francis Jones, Jr, Esq.
Morris, James, Hitchens & Williams LLP
803 N Broom Street
PO Box 238
Wilmington, DE 19899
Attorneys for Plaintiffs

I.D.#2134
pjones@morrisjames.com

1299385 v.1
1387822/1